# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br> vs.<br><br>MICHELLE BRIGGS, et al.,<br><br>    Defendants. | Case No.: 2:14-cv-02146-GMN-PAL<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE LEEN** |

Before the Court for consideration is the Report and Recommendation (ECF No. 18) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered March 18, 2016.

Pursuant to Local Rule IB 3-2(a), objections are due by April 4, 2016. To date, no objections have been filed.[1] In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leen's recommendation that Plaintiff's Motion for Entry of Default Judgment (ECF No. 16) be granted. Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

/ / /

/ / /

/ / /

/ / /

---

[1] Defendants Michael Briggs ("Michael") and Mary Catherine Tatsch ("Mary Catherine") have failed to answer Plaintiff Primerica Life Insurance Company's ("Plaintiff") Complaint or otherwise appear before the Court. As a result, the Court considers it unlikely that Michael and Mary Catherine intend to file an objection. If, after entry of this Order, Michael or Mary Catherine file objections to Plaintiff's Motion for Entry of Default Judgment, the Court may reopen the case at that time.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 18) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Default Judgment (ECF No. 16) is **GRANTED**.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this  31  day of March, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court